**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | CASE NO. 1:14-cv-00700-GBL-JFA |
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 24.126.58.61, | |
| Defendant. | |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 9, 2014 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this \_\_\_ day of _____, 2014.

By: _____
**UNITED STATES DISTRICT JUDGE**

1