**File Hashes for IP Address 24.126.58.61**

**ISP:** Comcast Cable
**Physical Location:** Manassas, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2014 02:48:26 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 04/10/2014 20:47:40 | 95AFBAEBF4FA3AB4ADB5191B069A9045EEB3C5BC | Not Alone |
| 04/10/2014 20:40:01 | 96AFA154766264BB4876042423A3A8A9F56AC010 | Trophy Wife |
| 03/07/2014 00:24:12 | E109CB5252D2A4F9251AC099515160BC78FFE8FA | Made for Each Other |
| 02/26/2014 02:00:28 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 02/08/2014 01:18:21 | C0CA0AD09D1D6864D4DE778634366CB96C2921AC | Risky Business |
| 02/04/2014 23:46:54 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 01/30/2014 00:03:16 | 5A44646143DD16AECB550994EDD48EDCA8DCD7EA | Get Wild at Home |
| 01/29/2014 01:28:42 | FB0DE54CAB7D42E39B64D2C2A54DA888A4B83F2E | Lovers in Paradise |
| 01/29/2014 01:02:15 | D8FD8CB8D003DBEEBA2DAC14C3E413EA5BEB4A5B | Model Couple on Vacation |
| 01/28/2014 23:49:49 | 9887EFC3CFD2A4D754F3072BA751BF52253A68E6 | Play Me |
| 01/22/2014 01:28:32 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 01/12/2014 17:35:50 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 01/07/2014 14:25:58 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 01/07/2014 01:07:32 | 18AA8AC5A66653D4DD3D0EE7B6DFB9FC4A16CF88 | Awakening |
| 01/01/2014 03:13:41 | 3D0E8E5C709A13BE50B78AEA8E75E9E166D2EA4D | Date Night at Home |
| 12/29/2013 22:41:08 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 12/29/2013 21:23:40 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 12/15/2013 16:20:21 | 1914BA000BD68537A601E44153E582CE22B073E8 | Ready for Love |
| 12/15/2013 15:48:05 | 1CBD68ABE888E1510340E6E2477107972561A8B6 | Love at First Sight |
| 11/26/2013 19:14:46 | A43186CE0F1ECABA41DE92FE0F4AB00CD112FC6D | Arrest Me |
| 11/26/2013 19:11:11 | 4F76F239F52F43F13F2963DDFF8E4D7547EA72DF | High School Dropouts |

EXHIBIT A

EVA13

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/14/2013 01:00:27 | E90615F3359B87A619C7123F7DB1AB37543580E9 | Malibu Moments |
| 11/11/2013 01:39:49 | CB9FE0582501477979E5BE0AC475A7C5BB88E77A | Names |
| 11/11/2013 01:05:25 | F693CDE52B50004C08C8656CAC4FA70832CE69D6 | Let Me Take Your Picture |
| 11/10/2013 23:25:24 | C072B30A5E39DE70258B47F86E970D6C60E36FDA | A Perfect Match |
| 11/10/2013 23:02:27 | 4E99B185ECF1998002500682D07443F6844371C9 | A Wonderful World |
| 10/27/2013 22:37:41 | 6464A864DCE104F9ECADD3B0B806EA131254BE6D | Grow Up With Me |
| 10/14/2013 01:14:09 | B5530C9D383467786F204DF195105E3CF76CFDF0 | Mad Passion |
| 10/04/2013 21:45:59 | AEFF0AD33A3C61B6F6AE6F6A3FC42F7CC56FF0A2 | Wake Me Up Like This |
| 10/03/2013 22:11:03 | 93BDFE5206C0DDF69D1C1ECF584E06CA5A3D5712 | Almost Famous |
| 09/26/2013 01:00:01 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |

**Total Statutory Claims Against Defendant: 32**

EXHIBIT A

EVA13