**Copyrights-In-Suit for IP Address 24.126.58.61**

**ISP:** Comcast Cable
**Location:** Manassas, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 11/10/2013 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 11/10/2013 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 10/03/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 11/26/2013 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 01/07/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/14/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 01/01/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/29/2013 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/26/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 01/30/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/27/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/26/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/22/2014 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 11/11/2013 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/15/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/26/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 01/29/2014 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 10/14/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 03/07/2014 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 11/14/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/29/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 11/11/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/29/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/10/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 01/28/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/12/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/15/2013 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/08/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/04/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 04/10/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 10/04/2013 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/07/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  32**

EVA13

EXHIBIT B