**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiffs | : | |
| v. | : | Case No.: 1:14-cv-00700-GBL-JFA |
| ALFRED POPP, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE FOR ALFRED POPP**

The Defendant, ALFRED POPP ("Popp"), by counsel, files this Notice of Appearance notifying the Court that Dirk McClanahan of the law firm of McClanahan Powers, PLLC will serve as counsel for Popp in this matter.

Respectfully submitted,

/s/   Dirk McClanahan
Dirk McClanahan, Esq.
VSB # 81208
McClanahan Powers, PLLC
1604 Spring Hill Rd., Ste. 321
Vienna, VA 22182
Phone: (703)-520-1326
Fax: (703) 828-0205
dmcclanahan@mcplegal.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William E. Tabot, Esq.
Maddox, Hoppe, Hoofnagle
& Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
*Counsel for Plaintiff*

/s/     Dirk McClanahan
Dirk McClanahan, Esq.
VSB # 81208
McClanahan Powers, PLLC
1604 Spring Hill Rd., Ste. 321
Vienna, VA 22182
Phone: (703)-520-1326
Fax: (703) 828-0205
dmcclanahan@mcplegal.com
*Counsel for Defendant*