**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                              **CASE NO.  1:14-cv-00700-GBL-JFA**

ALFRED POPP,

       Defendant

## CONSENT NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that, pursuant to Local Fed. R. Civil P. Rule. 7(E), the Plaintiff hereby waives oral argument on the Motion to Strike Affirmative Defenses in Answer to Complaint (DE#16) in the above-captioned matter. Counsel for Plaintiff has consulted with Counsel for the Defendant and obtained said Counsel's consent to this Waiver.

                                                      Respectfully submitted,

**DATED: December 19, 2014**

                                                */s/ William E. Tabot*_____
                                                William E. Tabot, Esquire #39488
                                                Counsel for Plaintiff
                                                William E. Tabot, PC
                                                9248 Mosby Street
                                                Manassas, Virginia 20110
                                                (703) 530-7075