AO 440 (Rev. 12/09) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 FEB -9  P 2: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MALIBU MEDIA, LLC <br> *Plaintiff* <br> v. <br> Alfred Popp <br> *Defendant* | Civil Action No. 1:14-cv-00700-GBL-JFA |

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alfred Popp
11667 Brevet Ct.
Bristow, VA 20136-1327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Tabot, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct. 20, 2014

G. Walker

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:14-CV-00700-GBL-JFA

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**ALFRED POPP**


PRS2014024913

For:
Jon Hoppe
MALIBU MEDIA
1401 Mercantile Ln
Ste 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **ALFRED POPP, 11667 BREVET COURT, BRISTOW, VA 20136-1327**.

I, Scott Tilles, being duly sworn, depose and say that on the **6th day of November, 2014 at 1:22 pm**, I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, DEMAND FOR JURY TRIAL, COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, AND DEMAND FOR A JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **ALFRED POPP** at the alternate address of: **15450 LEE HWY, CENTREVILLE, VA 20120**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THESE DOCUMENTS WERE SERVED AT POE: 15450 LEE HWY, CENTREVILLE, VA 20120

**Description** of Person Served: Age: 46, Sex: M, Race/Skin Color: WHITE, Height: 5'9, Weight: 200, Hair: SALT/PEPPER, Glasses: Y

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

HEATHER TRAHAN
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 5/3/2018

Subscribed and sworn to before me on 1/27/15 by the affiant who is personally known to me.

_____
Notary Public

_____
Scott Tilles
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2014024913